FILED

04/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0704

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0704

_____

JACOB SMITH,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

O R D E R

_____

Appellant Jacob Smith has filed a Motion for a 60-day Extension of Time within which to file his opening brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's brief shall be filed on or before June 30, 2020.

DATED this 24th day of April, 2020.

For the Court,

By /s/ _____
         Chief Justice